UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                    :

PRISCILLIANO CRISTOBAL BONIFACIO,   :

                                Plaintiff,   :
                                                   :     21 Civ. 1269 (JPC)
                -v-   :
                                                   :     <u>ORDER</u>

219 FISH MARKET INC. and SOBRO REALTY, LLC,  :
                            Defendants.   :
                                                   :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Plaintiff filed the Complaint in this action on February 11, 2021. Dkt. 1. The docket reflects that Defendants 219 Fish Market Inc. and Sobro Realty, LLC were served with the Summons and Complaint on February 25, 2021, making their responses to the Complaint due March 18, 2021. Dkts. 5-6. To date, Defendants have neither responded to the Complaint nor appeared in this action.

      Within one week of the filing of this Order, Plaintiff is ordered to file a status letter with the Court. In that letter, Plaintiff shall inform the Court as to the status of this litigation, including whether he intends to move for default judgment against Defendants.

      SO ORDERED.

Dated: April 22, 2021
       New York, New York
                                                       JOHN P. CRONAN
                                                       United States District Judge